**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Maria Bermudez Arenas,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01219-PHX-SHD (DMF)

**ORDER**

On August 26, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and directed Respondents to provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention. (Doc. 13.) The Court ordered that the bond hearing comply with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011). Respondents filed a notice of compliance indicating that Petitioner received a bond hearing but that bond was denied. (Doc. 15.)

Petitioner filed a Motion to Reopen Case, arguing that although a bond hearing was held, the Immigration Judge's decision included "contradictory language [which] prevents a determination that the denial rested exclusively on the burden assigned to DHS by this Court." (Doc. 16 at 3.) The Court will direct Respondents to respond to Petitioner's motion. The response must address whether the Immigration Judge applied the correct legal standard and articulated the basis for concluding that DHS met its burden of establishing that Petitioner is a flight risk or a danger to the community.

**IT IS THEREFORE ORDERED** that no later than **October 29, 2026**, Respondents must file a response to Petitioner's Motion to Reopen Case (Doc. 16). Petitioner may file a reply no later than **November 5, 2026**.

Dated this 22nd day of October, 2026.

Honorable Sharad H. Desai
United States District Judge